No. 03–388. BATES ET AL. *v.* DOW AGROSCIENCES LLC. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 03–6019. ROWELL *v.* HATCHER, WARDEN. Sup. Ct. Nev. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 978] denied.

No. 03–6863. IN RE SHELTON. Petition for writ of mandamus denied.

No. 03–358. DEPARTMENT OF TRANSPORTATION ET AL. *v.* PUBLIC CITIZEN ET AL. C. A. 9th Cir. Certiorari granted.

No. 03–475. CHENEY, VICE PRESIDENT OF THE UNITED STATES, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari granted.

No. 03–724. F. HOFFMANN-LA ROCHE LTD ET AL. *v.* EMPAGRAN S. A. ET AL. C. A. D. C. Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 03–310. TWISDALE *v.* SNOW, SECRETARY OF THE TREASURY. C. A. 7th Cir. Certiorari denied.

No. 03–312. MAHER TERMINALS, INC. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–359. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.